## (May 19, 1972)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS H. HUTCHINGS, Petitioner, v. ERNEST L. MONTANYE, as Superintendent of Attica Correctional

Facility, Respondent.— Application for a writ of habeas corpus denied without prejudice to an application to the Appellate Division, Fourth Judicial Department (see CPLR 7002, subd. [b], par. 2). Herlihy, P. J., Staley, Jr., Simons, Kane and Reynolds, JJ., concur.